FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 15  AM 10: 33

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH M. DILLON** | CIVIL ACTION |
| **VERSUS** | NO. 06-2519 |
| **ORLEANS PARISH TRAFFIC COURT** | SECTION "M"(2) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, as well as the plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Keith M. Dillon for issuance of a writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE** for seeking relief which is not available and otherwise for failure to exhaust state court remedies.

New Orleans, Louisiana, this 14th day of Sept., 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____